UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHIRLEY L. BLAIR,<br><br>　　　　Defendant. | Case No. 05-cr-40065-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Shirley L. Blair's motion for a sentence reduction (Doc. 251). On November 7, 2006, Blair pleaded guilty to conspiracy to manufacture, distribute and possess methamphetamine in an amount exceeding 500 grams in violation of 21 U.S.C. § 846. On April 6, 2007, this Court sentenced Blair to 262 months imprisonment, ten years supervised release, a $200.00 fine, and a $100.00 special assessment. Now, Blair asks this Court to reduce her sentence based on her Bureau of Prisons' work history and classes.

District courts lack jurisdiction to revisit sentences and can only entertain motions subsequent to judgment when authorized by statute or rule. *United States v. Goode*, 342 F.3d 741, 743 (7th Cir. 2003). Here, there is no statute or rule that authorizes this Court to grant Blair the relief she requests. The Court is pleased to see that Blair has a solid work history and has taken advantage of classes available in the Bureau of Prisons. This Court, however, lacks jurisdiction to alter Blair's sentence.

Accordingly, the Court **DENIES** Blair's motion (Doc. 251) for lack of jurisdiction.

**IT IS SO ORDERED.**

**DATED:** September 10, 2013

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**